IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM JUSTICE, II,

      Petitioner,

v.

WARDEN, Chillicothe Correctional
Institution,

      Respondent.

Case No. 3:24-cv-298

District Judge Michael J. Newman
Magistrate Judge Kimberly A. Jolson

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 61); (2) GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE A LIMITED REPLY (Doc. No. 64) AND ACCEPTING AS FILED PETITIONER'S LIMITED REPLY; (3) OVERRULING PETITIONER'S OBJECTIONS (Doc. No. 62); (4) DENYING AND DISMISSING WITH PREJUDICE THE PETITION FOR A WRIT OF HABEAS CORPUS (Doc. No. 8); (5) DENYING PETITIONER'S EMERGENCY MOTION TO GRANT INTERIM RELEASE (Doc. No. 27) AND HIS EMERGENCY MOTION FOR EXPEDITED RULING AND IMMEDIATE RELEASE (Doc. No. 47); (6) AFFIRMING THE MAGISTRATE JUDGE'S ORDER GRANTING PETITIONER'S MOTIONS TO SUPPLEMENT THE RECORD (Doc. Nos. 43, 45, 48); (7) AFFIRMING THE MAGISTRATE JUDGE'S ORDER DENYING PETITIONER'S MOTIONS (Docs. Nos. 23, 29, 38, 49, 50, 51, 52, 54, 55); (8) AFFIRMING THE MAGISTRATE JUDGE'S ORDER OVERRULING RESPONDENT'S MOTION TO STRIKE (Doc. No. 23); (9) AFFIRMING THE MAGISTRATE JUDGE'S ORDER OVERRULING AS MOOT PETITIONER'S OBJECTION TO RESPONDENT'S MOTION TO STRIKE (Doc. No. 29); (10) DENYING A CERTIFICATE OF APPEALABILITY; (11) CERTIFYING THAT ANY APPEAL WOULD BE OBJECTIVELY FRIVOLOUS AND FINDING THAT *IN FORMA PAUPERIS* STATUS SHOULD BE DENIED ON APPEAL; AND (12) TERMINATING THIS CASE ON THE DOCKET**

---

Petitioner, an inmate in state custody, brings this case *pro se* seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  Doc. No. 8. This case is before the Court upon the Report and Recommendation of United States Magistrate Judge Kimberly A. Jolson (Doc. No. 61), to whom this

---

[1] The Court liberally construes Petitioner's *pro se* filings in his favor.  *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976); *see also Mayes v. Warden, Chillicothe Corr. Inst.*, No. 3:22-cv-313, 2024 WL 3163957, at *1 (S.D. Ohio June 25, 2024).

case was referred pursuant to 28 U.S.C. § 636(b).  Judge Jolson recommends that this Court dismiss the petition with prejudice.  Doc. No. 61 at PageID 3137.  Petitioner timely filed objections to the Report and Recommendation (Doc. No. 62) and a motion to file a limited reply (Doc. No. 64), which the Court **GRANTS**.  Petitioner's limited reply (Doc. No. 64 at PageID 3175-87) is **ACCEPTED AS FILED**.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter, including Petitioner's objections and limited reply; the motions addressed and ruled on by the Magistrate Judge (Doc. Nos. 23, 29, 37, 38, 43, 45, 49, 48, 50, 51, 52, 54, 55); and Respondent's contentions (Doc. No. 63).  Upon careful *de novo* consideration of the foregoing, the Court agrees with Respondent's contentions and concludes that Petitioner's objections and his arguments raised in his limited reply lack merit.  The Court further concludes that the Report and Recommendation sets forth the applicable law, is well reasoned, and should be adopted.

Accordingly, the Court (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge; (2) **GRANTS** Petitioner's motion to file a limited reply and **ACCEPTS AS FILED** Petitioner's limited reply (Doc. No. 64-1 at PageID 3175-87); (3) **OVERRULES** Petitioner's objections; (4) **DENIES AND DISMISSES WITH PREJUDICE** the petition for a writ of habeas corpus; (5) **DENIES** Petitioner's emergency motion to grant interim release and his emergency motion for expedited ruling and immediate release; (6) **AFFIRMS** the Magistrate Judge's Order granting Petitioner's motions to supplement the record; (7) **AFFIRMS** the Magistrate Judge's denial of Petitioner's additional motions; (8) **AFFIRMS** the Magistrate Judge's Order **OVERRULING** Respondent's motion to strike; (9) **AFFIRMS** the Magistrate Judge's Order **OVERRULING AS MOOT** Petitioner's objection to Respondent's motion to strike; (10) **DENIES** a certificate of appealability; and (11) **CERTIFIES** that any appeal would be objectively frivolous and **FINDS** that *in forma pauperis* status should be **DENIED** on appeal.  This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

March 5, 2026                                     s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge